IN THE UNITED STATES DISTRICT COURT FOR THE FILED
EASTERN DISTRICT OF OKLAHOMA

SEP 30 2010

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

PETER JAMES ROBINSON, )
)
Petitioner, )
)
v. ) No. CIV 09-481-RAW-KEW
)
JUSTIN JONES, DOC Director, )
)
Respondent. )

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered on August 23, 2010, denying his petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 30th day of September 2010.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE